McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2729

Attorneys for Defendants


**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**


LORENA JASSO DE RIVERA,      )      CV-S-07-2794 FCD DAD
                      )
      Plaintiff,          )
                      )
      v.                )
                      )      **STIPULATION AND ORDER**
MICHAEL CHERTOFF, et al.,     )      **FOR DISMISSAL**
                      )
      Defendants.     )
                      )
_____)

      This is an immigration case in which plaintiff has filed to challenge U.S. Citizenship and Immigration Services' (CIS) failure to timely adjudicate her application to adjust status.  The parties respectfully inform the Court that as of the date of this filing, the application has been adjudicated at the administrative level, such that the pending mandamus petition is moot.  The parties consequently stipulate that the case be dismissed.


Dated: February 12, 2008          Respectfully Submitted,

                             McGREGOR W. SCOTT
                             United States Attorney


                  By:    /s/Audrey Hemesath
                             Audrey B. Hemesath
                             Assistant U.S. Attorney
                             Attorneys for the Respondents

By:      /s/ Suzanne Sporri
Suzanne Sporri
Attorney for the Petitioner

ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the case is dismissed.

IT IS SO ORDERED.

DATED: February 13, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2